Action by Patrick Bushway against Thomas Mc-Getrick. No opinion. Order affirmed, with $10 costs and disbursements.

BUTLER, Respondent, v. O'BRIEN, Appellant. (Supreme Court, Appellate Division, First Department. March 26, 1915.) Action by Lucie Butler against James D. O'Brien. A. C. Morgan, of New York City, for appellant. R. Foster, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re BUTTS. (Supreme Court, Appellate Division, First Department. April 16, 1915.) In the matter of Thomas W. Butts. No opinion. Application granted, and respondent disbarred. Settle order on notice.

CAHN, Appellant, v. MORRIS et al., Respondents. (Supreme Court, Appellate Division, First Department. January 22, 1915.) Action by Ferdinand Cahn against Abram Morris and another. Walter C. Low, of New York City, for appellant. M. L. Schallek, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 162 App. Div. 899, 146 N. Y. Supp. 1085.

CAIRE, Respondent, v. PIEL, Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Action by Julia A. Caire against Gottfried Piel. No opinion. Judgment and order unanimously affirmed, with costs.

CALDERO, Appellant, v. KAMENSTEIN, Respondent. (Supreme Court, Appellate Division, First Department. April 9, 1915.) Action by John Caldero against Meyer Kamenstein. J. B. Eiseman. of Brooklyn, for appellant. J. F. Mahan, of New York City, for respondent. No opinion. Order affirmed, with costs. Order filed.

CALLAHAN v. ESCHER et al. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Action by Josie Callahan against Louis Escher and another. PER CURIAM. Motion granted, provided that, within five days after entry of the order upon the decision of this motion. defendants file in the office of the clerk of Kings county for order of February 9, 1915, requiring plaintiff to file security for costs, and the papers upon which such order was founded. In default thereof, motion denied, with $10 costs.

CAMPION, Appellant, v. ROMAN CATHOLIC ORPHAN ASYLUM. Respondent et al. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by Marion L. Campion against the Roman Catholic Orphan Asylum, impleaded with others. E. J. Myers, of New York City, for appellant. J. F. Daly, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 152 N. Y. Supp. 1102.

CAMPION, Appellant, v. ROMAN CATHOLIC ORPHAN ASYLUM, Respondent, et al. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by Mary L. Campion against the Roman Catholic Orphan Asylum, impleaded with others. E. J. Myers, of New York City, for appellant. J. F. Daly, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 152 N. Y. Supp. 1102.

CAMPION v. ROMAN CATHOLIC ORPHAN ASYLUM et al. (two cases). (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by Mary L. Campion against the Roman Catholic Orphan Asylum and others. E. J. Myers, of New York City, for appellant. A. S. Pratt and J. F. Daly, both of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Orders filed. See, also, 152 N. Y. Supp. 1102.

In re CARNEGIE TRUST CO. NEW BELGRAVIA REALTY CO., Appellant, v. SUPERINTENDENT OF BANKS OF STATE OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. April 1, 1915.) In the matter of the Carnegie Trust Company. Action by the New Belgravia Realty Company against the Superintendent of Banks of the State of New York. G. E. Joseph, of New York City, for appellant. W. Ward, of New York City, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Order filed.

CARNEGIE TRUST CO. v. KRESS. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by the Carnegie Trust Company against Samuel H. Kress. No opinion. Motion granted; question certified; order filed. See, also, 152 N. Y. Supp. 1102.

CARNEGIE TRUST CO. v. KRESS. (Supreme Court, Appellate Division. First Department. April 1, 1915.) Action by the Carnegie Trust Company against Samuel H. Kress. No opinion. Motion denied. Settle order on notice. See, also, 151 N. Y. Supp. 1108; 152 N. Y. Supp. 1102.

CARNEGIE TRUST CO. v. KRESS. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by the Carnegie Trust Company against S. H. Kress. No opinion. Motion granted. Settle order on notice. See, also, 152 N. Y. Supp. 1102.

CARPENTER v. WARFIELD. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Action by Nathaniel Carpenter against Carlos Warfield. No opinion. Motion denied with $10 costs. Order filed. See, also, 152 N. Y. Supp. 1103.